# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

**THOSE CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON,** who subscribed Severally as their interests appear thereon and not jointly to the Property Certificates referenced in Exhibit B to the Amended complaint for Declaratory Judgment,

Plaintiffs,

Civil No.: 1:14-1002-JDB-egb

v.

**COMMUNITY SOUTH BANK, FEDERAL DEPOSIT INSURANCE CORPORATION,** as Receiver for Community South Bank, **AMERICAN MODERN HOME INSURANCE COMPANY, AND OHIO INDEMNITY COMPANY,**

Defendants,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 5/19/2014, all claims, counterclaims, and cross-claims asserted herein be, and they are hereby, dismissed without prejudice to the refiling of same, and the parties shall bear their own costs

**IT IS FURTHER ORDERED AND ADJUDGED** that this dismissal without prejudice does not constitute a violation of 12 U.S.C. § 1821 (d)(6)(B)(ii).

**APPROVED:**

s/J. Daniel Breen
Chief Judge, U. S. District Court

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**